# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HUGHY ADDISON,<br><br>    Plaintiff,<br><br>    v.<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. CV 17-09039-DFM<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Order Granting Motion to Dismiss, this action is dismissed with prejudice.

Date: January 28, 2019

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge